1
2
3
4
5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8  PHILLIP BURTON HAUSKEN,           )
                                      )
9                    Petitioner,     )   Case No. C10-1520-RAJ
                                      )
10     v.                             )   **ORDER DISMISSING**
                                      )   **PETITION FOR WRIT OF**
11  STEPHEN SINCLAIR,                )   **HABEAS CORPUS**
                                      )
12                   Respondent.     )
                                      )
13 ─────────────────────────

       The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and
14
   Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the
15
   Petitioner's objections, and the remaining record, does hereby find and ORDER:
16
       1.    The Court adopts the Report and Recommendation.
17
       2.    Petitioner's petition for writ of habeas corpus (Dkt. No. 1) and this action is
18
             **DISMISSED** without prejudice.
19
       3.    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the
20
             United States District Courts, a certificate of appealability is **DENIED** with respect
21
             to all claims asserted by petitioner in his petition.
22

23 ///

ORDER DISMISSING PETITION FOR
WRIT OF HABEAS CORPUS - 1

4. The Clerk shall send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 2nd day of November, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PETITION FOR
WRIT OF HABEAS CORPUS - 2